FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 0 6 2023

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

SUTTER & GILLHAM, P.L.L.C.;
LUTHER SUTTER; and, LUCIEN GILLHAM                    **PLAINTIFFS**

VS.                    CASE NO: 4:23CV-78-BSM

JUDY SIMMONS HENRY; JACOB FAIR;
SCOTT IRBY; WRIGHT, LINDSEY, AND
JENNINGS, LLP; TOMMY WILLIAMS;
BRYAN ADAMS; ERIC BELL; BRANDON
ADAMS; SKYLAR ADAMS; EFREM
NEELY; CHRIS BURKS; BRANDON HAUBERT;
WH LAW, PLC; AND, JOHN DOES 1-100                    **DEFENDANTS**

### JOHN DOE AFFIDAVIT OF PLAINTIFFS' COUNSEL

Comes now, counsel for the Plaintiffs, and, for this Affidavit, being competent to testify, states that the statements below are true and accurate:

1. I am a licensed attorney in good standing in the State of Arkansas. I am the attorney of record for the Plaintiffs in the attached Complaint.

2. Plaintiffs have made reasonable effort to obtain the identity of John Does 1- 100, whom Plaintiffs believe to be individuals who are likely lawyers, clients, judges, individuals, insurance companies, and entities, or are otherwise presently unknown to the Plaintiffs who employed the Defendants, participated in the conspiracy, or authorized them to engage in an unlawful conspiracy who may be additional Defendants in the above-captioned case.

3. The identities of all individuals and entities are unknown. Plaintiffs hereby designate John Does 1-100 for the purpose of tolling the statute of limitations pursuant to ACA § 16-56-125.

4. The pseudo-names will continue to be named &/or submitted with the actual names upon further discovery, if applicable.

**FURTHER AFFIANT SAITH NAUGHT.**

**VERFICIATION**

We, Luther Sutter & Lucien Gillham, do hereby certify and state, under oath, that the

above facts contained herein are true and correct to the best of my knowledge and belief.

Respectfully submitted,

SUTTER & GILLHAM, P.L.L.C.
Attorneys at Law
1501 N. Pierce, Ste. 105
Little Rock, AR 72207
501-315-1910 Office
501-315-1916 Facsimile

By:   /s/ Luther Oneal Sutter
      Luther Oneal Sutter, Ark. Bar No. 95031
      Luther.sutterlaw@gmail.com

By:   /s/ Lucien R. Gillham
      Lucien R. Gillham, Esq. ARBN 99-199
      lucien.gillham@gmail.com

**ACKNOWLEDGMENT**

State of Arkansas       )
                        ) SS.
County of Saline        )

Subscribed and sworn before me, a Notary Public, this 6th day of February, 2023.

ELIZABETH ANN HODGES
Notary Public-Arkansas
Lonoke County
My Commission Expires 09-14-2031
Commission # 12716016

Notary Public

My commission Expires:
9/14/31