AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Arkansas

|  |  |
|---|---|
| SUTTER & GILLHAM, PLLC, LUTHER SUTTER, and LUCIEN GILLHAM<br><br>*Plaintiff(s)*<br><br>v.<br><br>JUDY SIMMONS HENRY, JACOB FAIR, SCOTT IRBY, ED LOWTHER, WRIGHT, LINDSEY, AND JENNINGS, LLP, TOMMY WILLIAMS, ET AL<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.    **4:23-CV-78-BSM**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ERIC BELL

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Luther Sutter, Esq.
Lucien Gillham, Esq.
SUTTER & GILLHAM, P.L.LC.
1501 N. Pierce, Ste. 105, Little Rock, AR 72207
501/315-1910 - Office

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TAMMY H. DOWNS

CLERK OF COURT

Date: _____ 3/14/2023 ~~03/13/2023~~ _____        _____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Eric Bell

was received by me on *(date)*  4-5-2023  .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                      , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Dawn Bicker                          , who is

designated by law to accept service of process on behalf of *(name of organization)*

ERIC Bell                          on *(date)*  4/6/2023      ; or

☐ I returned the summons unexecuted because                          ; or

☐ Other *(specify):*

My fees are $   —   for travel and $   75.00   for services, for a total of $   7500   .

I declare under penalty of perjury that this information is true.

Date:  4/6/2023

_____
*Server's signature*

David Singer      Process Server / PI
_____
*Printed name and title*

5602 Shannon Rd. PB AR 71603
_____
*Server's address*

Additional information regarding attempted service, etc: