## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

SUTTER & GILLHAM, P.L.L.C.;                                    PLAINTIFFS
LUTHER SUTTER; and LUCIEN GILLHAM

    v.                            No. 4:23-CV-78 BSM

JUDY SIMMONS HENRY; JACOB FAIR;                               DEFENDANTS
SCOTT IRBY; WRIGHT, LINDSEY & JENNINGS LLP;
TOMMY WILLIAMS; BRYAN ADAMS; ERIC BELL;
BRANDON ADAMS; EFREM NEELY; CHRIS BURKS;
BRANDON HAUBERT; WH LAW, PLC; and
JOHN DOES 1–100

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Steven Shults enters his appearance as counsel of record for defendant Efrem Neely and

requests that copies of all orders, notices, pleadings, and other papers in this case be served on him

by email.

DATED:  April 11, 2023.

> SHULTS LAW FIRM LLP
> 200 West Capitol Avenue, Suite 1600
> Little Rock, AR 72201-3621
> (501) 375-2301
>
> By:    Steven Shults
>        Ark. Bar No. 78139
>        sshults@shultslaw.com
>
> *Attorney for Defendant Efrem Neely*