**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

| | |
|---|---|
| **SUTTER & GILLHAM, P.L.L.C.;** | **PLAINTIFFS** |
| **LUTHER SUTTER; and LUCIEN GILLHAM** | |

|  |  |
|---|---|
| **v.** | **No. 4:23-CV-78 BSM** |

| | |
|---|---|
| **JUDY SIMMONS HENRY; JACOB FAIR;** | **DEFENDANTS** |
| **SCOTT IRBY; WRIGHT, LINDSEY & JENNINGS LLP;** | |
| **TOMMY WILLIAMS; BRYAN ADAMS; ERIC BELL;** | |
| **BRANDON ADAMS; EFREM NEELY; CHRIS BURKS;** | |
| **BRANDON HAUBERT; WH LAW, PLC; and** | |
| **JOHN DOES 1–100** | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Peter Shults enters his appearance as counsel of record for defendant Efrem Neely and requests that copies of all orders, notices, pleadings, and other papers in this case be served on him by email.

DATED:  April 11, 2023.

> SHULTS LAW FIRM LLP
> 200 West Capitol Avenue, Suite 1600
> Little Rock, AR 72201-3621
> (501) 375-2301
>
> By:     Peter Shults
>         Ark. Bar No. 2019021
>         pshults@shultslaw.com
>
> *Attorney for Defendant Efrem Neely*