**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**


**SUTTER & GILLHAM, P.L.L.C.;**                                                        **PLAINTIFFS**
**LUTHER SUTTER; and LUCIEN GILLHAM**


     **v.**                              **No. 4:23-CV-78 BSM**


**JUDY SIMMONS HENRY; JACOB FAIR;**                                              **DEFENDANTS**
**SCOTT IRBY; WRIGHT, LINDSEY & JENNINGS LLP;**
**TOMMY WILLIAMS; BRYAN ADAMS; ERIC BELL;**
**BRANDON ADAMS; EFREM NEELY; CHRIS BURKS;**
**BRANDON HAUBERT; WH LAW, PLC; and**
**JOHN DOES 1–100**

## UNOPPOSED MOTION FOR EXTENSION

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 6.2, defendant Efrem Neely ("Neely") moves the Court to extend through April 26, 2023, his deadline for answering or otherwise responding to the complaint. In support of his motion, Neely states that:

1.     Counsel for Neely has conferred with plaintiff and counsel for the plaintiffs, Luther Sutter, who has agreed that the plaintiffs will not oppose this motion. No attorney has appeared as counsel of record for any other party in this case yet.

2.     The summons and complaint were served on Neely on Wednesday, March 22, 2023.

3.     The deadline for Neely to answer or otherwise respond to the complaint is Wednesday, April 12, 2023. Fed. R. Civ. P. 12(a)(1)(A)(i).

4.     Neely and his counsel need additional time to investigate and to respond to the complaint, which is 39 pages long, with 244 pages of exhibits. The complaint includes seven counts or claims for relief and raises several legal issues.

5.      Accordingly, good cause exists for extending by two weeks – through April 26, 2023 – Neely's deadline for answering or otherwise responding to the complaint.

6.      Pursuant to Local Rule 7.2(d)(1), no brief is submitted with this motion.

WHEREFORE, defendant Efrem Neely prays that the Court grant this motion and extend through April 26, 2023, his deadline for answering or otherwise responding to the complaint.

DATED:  April 11, 2023.

SHULTS LAW FIRM LLP
200 West Capitol Avenue, Suite 1600
Little Rock, AR 72201-3621
(501) 375-2301

By:     Steven Shults
        Ark. Bar No. 78139
        sshults@shultslaw.com

        Peter Shults
        Ark. Bar No. 2019021
        pshults@shultslaw.com

*Attorneys for Defendant Efrem Neely*

2