**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SUTTER & GILLHAM, P.L.L.C, ET AL.**                                    **PLAINTIFFS**

**v.**                                    **CASE NO. 4:23-CV-78-BSM**

**JUDY SIMMONS HENRY, ET AL.**                                    **DEFENDANTS**

---

**MOTION TO DISMISS OF CHRIS BURKS, BRANDON HAUBERT,
AND WH LAW, PLC**

---

Come now Defendants Chris Burks, Brandon Haubert, and wH Law, PLC (collectively, "wH Law"), by and through their attorneys, Barber Law Firm PLLC, and for their Motion to Dismiss, filed pursuant to Rule 12 of the Federal Rules of Civil Procedure and Local Rule 7.2 of this Court, state:

1.      The present action must be dismissed pursuant to Rule 12 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 12(b)(1), (6), (h)(3).

2.      A supporting brief is filed with the present motion. *See* Local R. 7.2(a).

3.      The present motion is supported by the following materials:

   a.   Exhibit A—Plaintiffs' Complaint filed in Saline County Circuit Court, Case No. 63CV-19-1060;

   b.   Exhibit B— Answer of David Westbrook filed in Saline County Circuit Court, Case No. 63CV-19-1060;

   c.   Exhibit C—Counterclaim of David Westbrook filed in Saline County Circuit Court, Case No. 63CV-19-1060;

   d.   Exhibit D—Plaintiffs' Amended Complaint filed in Jefferson County Circuit Court, Case No. 35CV-22-965;

   e.   Exhibit E—Plaintiff's Brief in support of Motion to Dismiss filed in Faulkner County Circuit Court, Case No. 23CV-21-403; and

   f.   The pleadings and papers filed of record.

4.      wH Law reserves the right to plead further following the Court's disposition of the present motion. *See* Fed. R. Civ. P. 12(a)(4).

WHEREFORE, Defendants Chris Burks, Brandon Haubert, and wH Law, PLC pray that Plaintiff's Complaint be dismissed, for their attorney's fees and costs herein expended, and for all other just and proper relief to which they may be entitled.

Respectfully submitted,

BARBER LAW FIRM PLLC
3400 Simmons Tower
425 West Capitol Avenue
Little Rock, Arkansas 72201
Telephone: (501) 372-6175

By:   Mark Hodge, Ark. Bar No. 97205
mhodge@barberlawfirm.com
Jerry D. Garner, Ark. Bar No. 2014134
jgarner@barberlawfirm.com
Adam D. Franks, Ark. Bar No. 2016124
afranks@barberlawfirm.com

*Attorneys for Chris Burks, Brandon Haubert,*
*and wH Law, PLC*