AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of

|  |  |
|---|---|
| *Plaintiff*<br>v. | ) Case No.<br>)<br>)<br>)<br>) |
| *Defendant* |  |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

.

Date:

_____
*Attorney's printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*