(Rev. 12/1/2018)

AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Arkansas

SUTTER & GILLHAM, P.L.L.C, ET AL.

                        *Plaintiff*
                           v.                              )    Case No.  4:23-CV-78-BSM
JUDY SIMMONS HENRY, ET AL.                                 )
                                                           )
                                                           )
                                                           )
                                                           )

                        *Defendant*

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

         I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

         Chris Burks, Brandon Haubert, and wH Law, PLC

Date:  April 11, 2023

                                          Adam D. Franks, 2016124
                                          *Attorney's printed name and bar number*


                                          425 West Capitol Ave, Suite 3400, Little Rock, Ar
                                          *Address*

                                          afranks@barberlawfirm.com
                                          *E-mail address*

                                          (501) 372-6175
                                          *Telephone number*

                                          (501) 375-2802
                                          *FAX number*