AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

SUTTER & GILLHAM, P.L.L.C, ET AL.

*Plaintiff*
v.

JUDY SIMMONS HENRY, ET AL.

*Defendant*

)
)
)
)
)
)

Case No.  4:23-CV-78-BSM

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Chris Burks, Brandon Haubert, and wH Law, PLC

.

Date:  April 11, 2023

Jerry D. Garner, 2014134
*Attorney's printed name and bar number*

425 West Capitol Avenue, Suite 3400
Little Rock, Arkansas 72201

*Address*

jgarner@barberlawfirm.com
*E-mail address*

(501) 372-6175
*Telephone number*

(501) 375-2802
*FAX number*