AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

SUTTER & GILLHAM, P.L.L.C, ET AL.

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | Case No. 4:23-CV-78-BSM |
| v. | ) | |
| JUDY SIMMONS HENRY, ET AL. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Chris Burks, Brandon Haubert, and wH Law, PLC

Date: April 11, 2023

_Adam D. Franks, 2016124_
*Attorney's printed name and bar number*

_425 West Capitol Ave, Suite 3400, Little Rock, Ar_
*Address*

_afranks@barberlawfirm.com_
*E-mail address*

_(501) 372-6175_
*Telephone number*

_(501) 375-2802_
*FAX number*