IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SUTTER & GILLHAM, PLLC;
LUTHER SUTTER AND LUCIEN GILLHAM                          PLAINTIFFS

V.                        CASE NO. 4:23-CV-0078-BSM

JUDY SIMMONS HENRY; JACOB FAIR;
SCOTT IRBY; WRIGHT, LINDSEY AND
JENNINGS LLP; TOMMY WILLIAMS;
BRYAN ADAMS; ERIC BELL;
BRANDON ADAMS; SKYLAR ADAMS;
EFREM NEELY; CHRIS BURKS;
BRANDON HAUBERT; WH LAW, PLC;
AND JOHN DOES 1-100 DEFENDANTS

## ENTRY OF APPEARANCE

Undersigned counsel hereby enters his appearance as counsel on behalf of

Separate Defendant Tommy Williams.

> DAVID M. DONOVAN
> BAR NO. 81184
> ATTORNEY FOR DEFENDANT
> TOMMY WILLIAMS
> WATTS, DONOVAN, TILLEY & CARSON, P.A.
> 2120 RIVERFRONT DR., STE. 275
> LITTLE ROCK, AR  72202
> TELEPHONE:  (501) 372-1406
> EMAIL:  david.donovan@wdtc.law