IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SUTTER & GILLHAM, PLLC;
LUTHER SUTTER AND LUCIEN GILLHAM                    PLAINTIFFS

V.                          CASE NO. 4:23-CV-0078-BSM

JUDY SIMMONS HENRY; JACOB FAIR;
SCOTT IRBY; WRIGHT, LINDSEY AND
JENNINGS LLP; TOMMY WILLIAMS;
BRYAN ADAMS; ERIC BELL;
BRANDON ADAMS; SKYLAR ADAMS;
EFREM NEELY; CHRIS BURKS;
BRANDON HAUBERT; WH LAW, PLC;
AND JOHN DOES 1-100 DEFENDANTS

### DEFENDANT TOMMY WILLIAMS'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1), (4), and (6), Defendant Tommy

Williams (Williams), moves to dismiss the Complaint of Plaintiffs Sutter & Gillham,

P.L.L.C, Luther Sutter, and Lucien Gillham and for grounds, states:

1.      Plaintiffs are lawyers.  They represented a plaintiff in a lawsuit in

Jefferson County Circuit Court that has been dismissed with prejudice.

2.      Williams was one of the defense lawyers in the Jefferson County action.

3.      According to the ruling of the Circuit Judge, the Jefferson County action

was baseless, alleging that the defendants to that action (including Defendants here

Bryan Adams, Brandon Adams, and Skylar Adams f/k/a Skylar Wilson) were

murderers and drug dealers who had conspired to conceal the murder of Skylar's

1 of 3

friend, James Luke Baker.

4.      The Jefferson County action was dismissed with prejudice because the allegations in that case were baseless, and the plaintiffs in that case and attorneys (including Plaintiffs here) had engaged in egregious misconduct, including destroying, fabricating, and hiding evidence and tampering with witnesses.

5.      This case seeks to overturn the Jefferson County judgment and an order denying these Plaintiffs attempt to intervene as parties in that action after the sanctions order was entered.

6.      It also seeks to preemptively exonerate plaintiffs from an attorney disciplinary charge that is allegedly pending against them based on the Jefferson County sanctions order and judgment.

7.      Finally, it seeks to race to judgment with a lawsuit that Defendants Bryan Adams, Brandon Adams, and Skylar Wilson have filed in Faulkner County Circuit Court related to these Plaintiffs' (and others') roles in the egregious misconduct in the Jefferson County action.

8.      Plaintiffs' Complaint should be dismissed.

9.      First, pursuant to Fed. R. Civ. P. 12(b)(1), this Complaint should be dismissed for lack of subject matter jurisdiction due to the absence of federal question jurisdiction.  Additionally, the *Rooker-Feldman* doctrine, Plaintiffs' failure to exhaust available judicial remedies in state court, Plaintiffs' lack of standing, and the

*Younger* abstention doctrine.

10.    Second, Plaintiffs' Complaint should be dismissed under Fed. R. Civ. P. 12(b)(6) because Plaintiffs' Complaint is barred by res judicata and/or collateral estoppel and because on each of their seven claims, Plaintiffs have failed to plead sufficient facts to plausibly state a claim for relief.

11.    In support of this motion, Defendant Williams relies upon the following:

      A.    Exhibit A, a certified copy of the docket in the Jefferson County case; and

      B.    Exhibit B, a certified copy of the Amended Complaint in the Jefferson County case.

12.    A memorandum brief in support of this motion is filed herewith.

WHEREFORE, Defendant Williams prays that the Court grant his motion, dismiss the Plaintiffs' Complaint with prejudice, and grant him all other proper relief to which he is entitled.

           DAVID M. DONOVAN
           BAR NO. 81184
           ATTORNEY FOR DEFENDANT
           TOMMY WILLIAMS
           WATTS, DONOVAN, TILLEY & CARSON, P.A.
           2120 RIVERFRONT DR., STE. 275
           LITTLE ROCK, AR  72202
           TELEPHONE:  (501) 372-1406
           EMAIL:  david.donovan@wdtc.law