## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**SUTTER & GILLHAM, P.L.L.C.;**
**LUTHER SUTTER; and, LUCIEN GILLHAM**                    **PLAINTIFFS**

     **VS.**                    **CASE NO: <u>4:23-78-BSM</u>**

**JUDY SIMMONS HENRY; JACOB FAIR;**
**SCOTT IRBY; WRIGHT, LINDSEY, AND**
**JENNINGS, LLP; TOMMY WILLIAMS;**
**BRYAN ADAMS; ERIC BELL; BRANDON**
**ADAMS; SKYLAR ADAMS; EFREM**
**NEELY; CHRIS BURKS; BRANDON HAUBERT;**
**WH LAW, PLC; AND, JOHN DOES 1-100**                    **DEFENDANTS**

### <u>PLAINTIFFS' MOTION TO EXTEND TIME TO RESPOND TO THE BURK DEFENDANTS' MOTION TO DISMISS</u>

COME THE PLAINTIFFS, by and through Counsel, **SUTTER & GILLHAM, P.L.L.C.;** and, for this Motion, they state:

1.     Burks Defendants' Counsel filed a Motion to Dismiss and the Plaintiffs' Response is due today.

2.     Plaintiffs' counsel have reached out to said defense counsel requesting an extension of three (3) weeks, up to and including, *May 16, 2023*, in that Mr. Sutter & Mr. Gillham have been involved in back-to-back week long, noticed up and subpoenaed, depositions in another case, along with a very congested trial/hearing docket and appellate deadlines. Further, Mrs. Sutter is set to undergo major surgery on April 26, 2023, tomorrow, for which Mr. Sutter will need to be present for.

3.     At the time of this filing, Plaintiffs' office has not heard back from Defendants' counsel.

1

4.      This Motion is not made for the purposes of harassment or delay.

5.      Therefore, Plaintiffs request the extension from this Court up to and including May 16, 2023 within which to respond to Burks Defendants' Motion.

**WHEREFORE,** Plaintiffs prays for an Order granting their Motion to Extend; and, for all other just and proper relief.

Respectfully submitted,

**SUTTER & GILLHAM, P.L.L.C.**
Attorneys at Law
1501 N. Pierce, Ste. 105
Little Rock, AR 72207
501-315-1910 Office
501-315-1916 Facsimile


By:      /s/ Luther Oneal Sutter
         Luther Oneal Sutter, Ark. Bar No. 95031
         Luther.sutterlaw@gmail.com

By:      */s/ Lucien R. Gillham*
         Lucien R. Gillham, Esq. ARBN 99-199
         lucien.gillham@gmail.com

2