**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SUTTER & GILLHAM, P.L.L.C.;**                                    **PLAINTIFFS**
**LUTHER SUTTER; and LUCIEN GILLHAM**

      **v.**                          **No. 4:23-CV-78 BSM**

**JUDY SIMMONS HENRY; JACOB FAIR;**                               **DEFENDANTS**
**SCOTT IRBY; WRIGHT, LINDSEY & JENNINGS LLP;**
**TOMMY WILLIAMS; BRYAN ADAMS; ERIC BELL;**
**BRANDON ADAMS; EFREM NEELY; CHRIS BURKS;**
**BRANDON HAUBERT; WH LAW, PLC; and**
**JOHN DOES 1–100**

### DEFENDANT EFREM NEELY, SR.'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), defendant Efrem Neely, Sr. ("Neely") moves the Court to dismiss the complaint in this case as to him.  In support of his motion, Neely states that:

1.     This Court lacks subject matter jurisdiction, and it is barred by various doctrines from entertaining this case.

2.     The complaint fails to state a claim against Neely upon which relief can be granted.

3.     Exhibit A to this motion is a certified copy of the docket sheet in the case of *Kerry Baker, et al. v. Bryan Adams, et al.*, Case No. 35CV-18-1077 in the Circuit Court of Jefferson County, Arkansas, First Division (the "Jefferson County case").

4.     Exhibit B to this motion is a certified copy of the amended complaint in the Jefferson County case.

5.     Neely submits a brief in support of this motion.

6.     Neely adopts and incorporates by reference all other applicable grounds and arguments for dismissal raised by other defendants.

WHEREFORE, defendant Efrem Neely, Sr. prays that the Court grant his motion, dismiss plaintiffs' complaint as to him with prejudice, and grant him all other appropriate relief.

DATED:  April 26, 2023.

SHULTS LAW FIRM LLP
200 West Capitol Avenue, Suite 1600
Little Rock, AR 72201-3621
(501) 375-2301

By:    Steven Shults
       Ark. Bar No. 78139
       sshults@shultslaw.com

       Peter Shults
       Ark. Bar No. 2019021
       pshults@shultslaw.com

*Attorneys for Defendant Efrem Neely, Sr.*

2