# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

SUTTER & GILLHAM, P.L.L.C.;
LUTHER SUTTER; and LUCIEN GILLHAM                    PLAINTIFFS

VS.                          NO. 4:23-cv-78-BSM

JUDY SIMMONS HENRY; JACOB FAIR;
SCOTT IRBY; WRIGHT, LINDSEY & JENNINGS LLP;
TOMMY WILLIAMS; BRYAN ADAMS; ERIC BELL;
BRANDON ADAMS; SKYLAR ADAMS; EFREM NEELY;
CHRIS BURKS; BRANDON HAUBERT; WH LAW, PLC; and
JOHN DOES 1–100                                      DEFENDANTS

## MOTION TO DISMISS OF BRYAN ADAMS; BRANDON ADAMS; AND SKYLAR ADAMS f/k/a SKYLAR WILSON

Pursuant to Fed. R. Civ. P. 12(b)(1), (4), and (6), defendants Bryan Adams, Brandon Adams, and Skylar Adams f/k/a Skylar Wilson (the "Adams defendants") move to dismiss the complaint of plaintiffs Sutter & Gillham, P.L.L.C, Luther Sutter, and Lucien Gillham and for grounds, state:

1.      Plaintiffs are lawyers.  They represented a plaintiff in a lawsuit in Jefferson County Circuit Court which has been dismissed with prejudice.  Here, plaintiffs spin another wild tale of conspiracy and corruption in the defense of the dismissed case.

2.      Defendants Bryan Adams, Brandon Adams, and Skylar Adams f/k/a Skylar Wilson (the "Adams defendants") were included as defendants in the Jefferson County case.

2878364-v1

3.     The Jefferson County action was built on baseless fabrications that the defendants to that action, including the Adams defendants, were murderers and drug dealers who had conspired to conceal the murder of Skylar's friend, James Luke Baker.

4.     The Jefferson County action was dismissed with prejudice because the allegations in that case were baseless, and the plaintiffs in that case and attorneys (including plaintiffs here) had engaged in egregious misconduct, including destroying, fabricating, and hiding evidence and tampering with witnesses.

5.     This case seeks to overturn the Jefferson County sanctions order and an order denying these plaintiffs' attempt to intervene as parties in that action after the sanctions order was entered.

6.     It also seeks to preemptively exonerate plaintiffs from an attorney disciplinary charge that is allegedly pending against them based on the Jefferson County sanctions order.

7.     Finally, it seeks to race to judgment with a lawsuit that the Adams defendants have filed in Faulkner County Circuit Court related to these plaintiffs' (and others') roles in the egregious misconduct in the Jefferson County action.

8.     Plaintiffs' complaint should be dismissed.

9.     First, pursuant to Fed. R. Civ. P. 12(b)(1), this complaint should be dismissed for lack of subject matter jurisdiction due to the absence of federal question jurisdiction.  Additionally, per the *Rooker-Feldman* doctrine, plaintiffs'

failure to exhaust available judicial remedies in state court, plaintiffs' lack of standing, and the *Younger* abstention doctrine, dismissal is proper.

10. Second, plaintiffs' complaint should be dismissed under Fed. R. Civ. P. 12(b)(6) because plaintiffs' complaint is barred by *res judicata* and/or collateral estoppel and because on each of their seven claims, plaintiffs have failed to plead sufficient facts to plausibly state a claim for relief.

11. In support of this motion, the Adams defendants rely upon the following:

    a.    Exhibit A, a certified copy of the docket in the Jefferson County case; and

    b.    Exhibit B, a certified copy of the amended complaint in the Jefferson County case.

12. The Adams defendants are filing a memorandum brief in support of this motion.

WHEREFORE, defendants Bryan Adams, Brandon Adams, and Skylar Adams f/k/a Skylar Wilson pray that the Court grant their motion, dismiss the plaintiffs' complaint with prejudice, and grant them all other relief to which they are entitled.

Respectfully submitted:

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
PHONE: (501) 371-0808
FAX: (501) 376-9442
E-MAIL:  jhenry@wlj.com;
            sirby@wlj.com

By: /s/ Judy S. Henry_____
    Judy Simmons Henry (84069)
    Scott A. Irby (99192)

    *Attorneys for defendants Bryan Adams,*
    *Brandon Adams, Skylar Adams f/k/a*
    *Skylar Wilson, Eric Bell, Judy S. Henry,*
    *Scott A. Irby, Jacob P. Fair, and*
    *Wright, Lindsey & Jennings LLP*

2878364-v1                                4