**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SUTTER & GILLHAM, P.L.L.C.;
LUTHER SUTTER; and LUCIEN GILLHAM**                                          **PLAINTIFFS**

**VS.**                                                 **NO. 4:23-cv-78-BSM**

**JUDY SIMMONS HENRY; JACOB FAIR;
SCOTT IRBY; WRIGHT, LINDSEY & JENNINGS LLP;
TOMMY WILLIAMS; BRYAN ADAMS; ERIC BELL;
BRANDON ADAMS; SKYLAR ADAMS; EFREM NEELY;
CHRIS BURKS; BRANDON HAUBERT; WH LAW, PLC; and
JOHN DOES 1–100**                                                        **DEFENDANTS**

**<u>MOTION TO DISMISS OF ERIC BELL</u>**

Pursuant to Fed. R. Civ. P. 12(b)(1), (4), and (6), defendant Eric Bell moves to

dismiss the complaint of plaintiffs Sutter & Gillham, P.L.L.C, Luther Sutter, and

Lucien Gillham and for grounds, states:

1.      Plaintiffs are lawyers.  They represented a plaintiff in a lawsuit in

Jefferson County Circuit Court which has been dismissed with prejudice.  Here,

plaintiffs spin another wild tale of conspiracy and corruption in the defense of the

dismissed case.

2.      Eric Bell ("Bell") is a lawyer who represents the Adams family

defendants-  Bryan, Brandon and Skylar-  and some of their companies.  Bell did

not appear as counsel of record in the Jefferson County action.

3.      The Jefferson County action was built on baseless fabrications that the

defendants to that action (including the Adams family defendants) were murderers

2878365-v1

and drug dealers who had conspired to conceal the murder of Skylar's friend, James Luke Baker.

4.     The Jefferson County action was dismissed with prejudice because the allegations in that case were baseless, and the plaintiffs in that case and attorneys (including plaintiffs here) had engaged in egregious misconduct, including destroying, fabricating, and hiding evidence and tampering with witnesses.

5.     This case seeks to overturn the Jefferson County sanctions order and an order denying these plaintiffs' attempt to intervene as parties in that action after the sanctions order was entered.

6.     It also seeks to preemptively exonerate plaintiffs from an attorney disciplinary charge that is allegedly pending against them based on the Jefferson County sanctions order.

7.     Finally, it seeks to race to judgment with a lawsuit that defendants Bryan Adams, Brandon Adams, and Skylar Wilson have filed in Faulkner County Circuit Court related to these plaintiffs' (and others') roles in the egregious misconduct in the Jefferson County action.

8.     Plaintiffs' complaint should be dismissed.

9.     First, pursuant to Fed. R. Civ. P. 12(b)(1), this complaint should be dismissed for lack of subject matter jurisdiction due to the absence of federal question jurisdiction.  Additionally, per the *Rooker-Feldman* doctrine, plaintiffs' failure to exhaust available judicial remedies in state court, plaintiffs' lack of standing, and the *Younger* abstention doctrine, dismissal is proper.

10.     Second, plaintiffs' complaint should be dismissed under Fed. R. Civ. P. 12(b)(6) because plaintiffs' complaint is barred by *res judicata* and/or collateral estoppel and because on each of their seven claims, plaintiffs have failed to plead sufficient facts to plausibly state a claim for relief.

11.     In support of this motion, defendant Bell relies upon the following:

     a.     Exhibit A, a certified copy of the docket in the Jefferson County case; and

     b.     Exhibit B, a certified copy of the amended complaint in the Jefferson County case.

12.     Defendant Bell is filing a memorandum brief in support of this motion.

WHEREFORE, defendant Eric Bell prays that the Court grant his motion, dismiss the plaintiffs' complaint with prejudice, and grant him all other relief to which he is entitled.

Respectfully submitted:

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
PHONE: (501) 371-0808
FAX: (501) 376-9442
E-MAIL:  jhenry@wlj.com;
             sirby@wlj.com

By: /s/ Judy S. Henry
     Judy Simmons Henry (84069)
     Scott A. Irby (99192)

*Attorneys for defendants Bryan Adams,
Brandon Adams, Skylar Adams f/k/a
Skylar Wilson, Eric Bell, Judy S. Henry,
Scott A. Irby, Jacob P. Fair, and
Wright, Lindsey & Jennings LLP*

2878365-v1                                    4