**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SUTTER & GILLHAM, P.L.L.C.;**
**LUTHER SUTTER; and, LUCIEN GILLHAM**                    **PLAINTIFFS**

     **VS.**                    **CASE NO: <u>4:23-78-BSM</u>**

**JUDY SIMMONS HENRY; JACOB FAIR;**
**SCOTT IRBY; WRIGHT, LINDSEY, AND**
**JENNINGS, LLP; TOMMY WILLIAMS;**
**BRYAN ADAMS; ERIC BELL; BRANDON**
**ADAMS; SKYLAR ADAMS; EFREM**
**NEELY; CHRIS BURKS; BRANDON HAUBERT;**
**WH LAW, PLC; AND, JOHN DOES 1-100**                    **DEFENDANTS**

<u>**PLAINTIFFS' UNOPPOSED SECOND MOTION TO EXTEND TIME TO**</u>
<u>**RESPOND TO (ALL) DEFENDANTS' MOTIONS**</u>

COME THE PLAINTIFFS, by and through Counsel, **SUTTER & GILLHAM, P.L.L.C.;** and, for this Motion, they state:

1.     Separate Defendant Nelly, filed a Motion to Dismiss (Doc 29) and Brief in Support (Doc 30), on April 26, 2023; Separate Defendant(s) Adams' filed a Motion to Dismiss (Doc 31) and Brief in Support (Doc 33), on April 27, 2023; and Separate Defendant Bell, filed a Motion to Dismiss (Doc 32) and Brief in Support (Doc 34), on April 27, 2023 and Plaintiff's responses are due (14) fourteen days thereafter.

2.     Plaintiffs' counsel have reached out to said defense counsel requesting an extension, up to and including, ***<u>May 16, 2023</u>***, to respond to ***ALL*** Motions to Dismiss, in that Mr. Sutter & Mr. Gillham have been involved in back-to-back week long, noticed up and subpoenaed, depositions in another case, along with a very congested trial/hearing docket and appellate deadlines.   Further, Mrs. Sutter underwent major surgery, on April 26, 2023, for which

Mr. Sutter will need to aide in her recovery.

3.      In accordance with Local Rule, Plaintiff has reached out to Defense counsel, who do not oppose said extension to respond to Motion(s) by May 16, 2023.

4.      This Motion is not made for the purposes of harassment or delay.

5.      Therefore, Plaintiffs request the extension from this Court up to and including *May 16, 2023* within which to respond to *ALL* Defendants' Motions.

   **WHEREFORE,** Plaintiffs prays for an Order granting their Motion to Extend Time; and, for all other just and proper relief.

Respectfully submitted,

**SUTTER & GILLHAM, P.L.L.C.**
Attorneys at Law
1501 N. Pierce, Ste. 105
Little Rock, AR 72207
501-315-1910 Office
501-315-1916 Facsimile


By:     /s/ Luther Oneal Sutter
        Luther Oneal Sutter, Ark. Bar No. 95031
        Luther.sutterlaw@gmail.com

By:     */s/ Lucien R. Gillham*
        Lucien R. Gillham, Esq. ARBN 99-199
        lucien.gillham@gmail.com

2