# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**SUTTER & GILLHAM, P.L.L.C.;**
**LUTHER SUTTER; and LUCIEN GILLHAM**                    **PLAINTIFFS**

**VS.**                    **NO. 4:23-cv-78-BSM**

**JUDY SIMMONS HENRY; JACOB FAIR;**
**SCOTT IRBY; WRIGHT, LINDSEY & JENNINGS LLP;**
**TOMMY WILLIAMS; BRYAN ADAMS; ERIC BELL;**
**BRANDON ADAMS; SKYLAR ADAMS; EFREM NEELY;**
**CHRIS BURKS; BRANDON HAUBERT; WH LAW, PLC; and**
**JOHN DOES 1–100**                    **DEFENDANTS**

## MOTION TO DISMISS OF JUDY S. HENRY; SCOTT A. IRBY; JACOB P. FAIR; AND WRIGHT, LINDSEY & JENNINGS LLP

Pursuant to Fed. R. Civ. P. 12(b)(1), (4), and (6), defendants Judy Simmons Henry, Scott A. Irby, Jacob P. Fair, and Wright, Lindsey & Jennings LLP move to dismiss the complaint of plaintiffs Sutter & Gillham, P.L.L.C, Luther Sutter, and Lucien Gillham and for grounds, state:

1.      Plaintiffs are lawyers.  They represented a plaintiff in a lawsuit in Jefferson County Circuit Court which has been dismissed with prejudice.  Here, plaintiffs spin another wild tale of conspiracy and corruption in the defense of the dismissed case.

2.      Defendants Judy S. Henry and Scott A. Irby are partners at law firm defendant Wright, Lindsey & Jennings LLP ("WLJ").  Jacob P. Fair is a former partner at WLJ.  In connection with the Jefferson County action, these attorneys and WLJ were counsel of record for most of the defendants in that action, including

2878363-v1

representing and defending Bryan Adams, Brandon Adams, and Skylar Adams f/k/a Skylar Wilson, named defendants here.

3.      The Jefferson County action was built on baseless fabrications that the defendants to that action (including Bryan, Brandon and Skylar) were murderers and drug dealers who had conspired to conceal the murder of Skylar's friend, James Luke Baker.

4.      The Jefferson County action was dismissed with prejudice because the allegations in that case were found baseless by the circuit court, and the plaintiffs in that case and attorneys (including plaintiffs here) had engaged in egregious misconduct, including destroying, fabricating, and hiding evidence and tampering with witnesses.

5.      This case seeks to overturn the Jefferson County sanctions order and an order denying these plaintiffs' attempt to intervene as parties in that action after the sanctions order was entered.

6.      It also seeks to preemptively exonerate plaintiffs from an attorney disciplinary charge that is allegedly pending against them based on the Jefferson County sanctions order.

7.      Finally, it seeks to race to judgment with a lawsuit that defendants Bryan Adams, Brandon Adams, and Skylar Wilson have filed in Faulkner County related to these plaintiffs' (and others') roles in the egregious misconduct in the Jefferson County action.

8.      Plaintiffs' complaint should be dismissed.

2878363-v1                                          2

9.      First, pursuant to Fed. R. Civ. P. 12(b)(1), this complaint should be dismissed for lack of subject matter jurisdiction due to the absence of federal question jurisdiction.  Additionally, per the *Rooker-Feldman* doctrine, plaintiffs' failure to exhaust available judicial remedies in state court, plaintiffs' lack of standing, and the *Younger* abstention doctrine dismissal is proper.

10.      Second, plaintiffs' complaint should be dismissed under Fed. R. Civ. P. 12(b)(6) because plaintiffs' complaint is barred by res judicata and/or collateral estoppel and because on each of their seven claims, plaintiffs have failed to plead sufficient facts to plausibly state a claim for relief.

11.      In support of this motion, these defendants rely upon the following:

      a.      Exhibit A, a certified copy of the docket in the Jefferson County case; and

      b.      Exhibit B, a certified copy of the amended complaint in the Jefferson County case.

12.      Defendants Judy S. Henry, Scott A. Irby, Jacob P. Fair, and WLJ are filing a joint memorandum brief in support of this motion.

WHEREFORE, defendants Judy Simmons Henry, Scott A. Irby, Jacob P. Fair, and Wright, Lindsey & Jennings LLP pray that the Court grant their motion, dismiss the plaintiffs' complaint with prejudice, and grant them all other relief to which they are entitled.

Respectfully submitted:

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
PHONE: (501) 371-0808
FAX: (501) 376-9442
E-MAIL:  jhenry@wlj.com;
         sirby@wlj.com

By: /s/ Judy S. Henry
    Judy Simmons Henry (84069)
    Scott A. Irby (99192)

*Attorneys for defendants Bryan Adams,
Brandon Adams, Skylar Adams f/k/a
Skylar Wilson, Eric Bell, Judy S. Henry,
Scott A. Irby, Jacob P. Fair, and
Wright, Lindsey & Jennings LLP*