**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **SUTTER & GILLHAM, P.L.L.C.;** | |
| **LUTHER SUTTER; and, LUCIEN GILLHAM** | **PLAINTIFFS** |

**VS.**                 **CASE NO: <u>4:23-cv-78-BSM</u>**

**JUDY SIMMONS HENRY; JACOB FAIR;**
**SCOTT IRBY; WRIGHT, LINDSEY, AND**
**JENNINGS, LLP; TOMMY WILLIAMS;**
**BRYAN ADAMS; ERIC BELL; BRANDON**
**ADAMS; SKYLAR ADAMS; EFREM**
**NEELY; CHRIS BURKS; BRANDON HAUBERT;**
**WH LAW, PLC; AND, JOHN DOES 1-100**                 **DEFENDANTS**

<u>**PLAINTIFFS' THIRD MOTION TO EXTEND TIME TO**</u>
<u>**RESPOND TO (ALL) DEFENDANTS' MOTIONS**</u>

COME THE PLAINTIFFS, by and through Counsel, **SUTTER & GILLHAM,**

**P.L.L.C.;** and, for this Motion, they state:

1.      Separate Defendant(s) Burks, Haubert and WH LAW, P.L.L.C., filed a Motion to

Dismiss (Doc 16) and Brief in Support (Doc 17), on April 11, 2023, an order was entered

extending the due date for that response to today, <u>*May 16, 2023*</u>. Separate Defendant Williams,

filed a Motion to Dismiss (Doc 26) and Brief in Support (Doc 27), on April 25, 2023; Separate

Defendant Neely, filed a Motion to Dismiss (Doc 29) and Brief in Support (Doc 30), on April 26,

2023; Separate Defendant(s) Adams' filed a Motion to Dismiss (Doc 31) and Brief in Support

(Doc 33), on April 27, 2023; and Separate Defendant Bell, filed a  Motion to Dismiss (Doc 32)

and Brief in Support (Doc 34), on April 27, 2023, an order was entered, extending the due date

for those responses to today, <u>*May 16, 2023*</u>.  On May 3, 2023, Separate Defendant(s), Henry,

Irby, Fair and Wright Lindsey Jennings LLP, filed a Motion to Dismiss (Doc 38) and Brief in

Support (Doc 39) and Plaintiff's response is   due to those motions, tomorrow, *May 17, 2023*.

2.     Plaintiffs' counsel have reached out to said defense counsel requesting a (1)one-day extension, up to and including, ***May 17, 2023***, to respond to ***ALL*** Motions to Dismiss. Undersigned has attended at least (5) hearings and conducted at least (12) depositions since May 2, 2023 and had one trial, further, Mrs. Sutter underwent major surgery, at the end of April, for which Mr. Sutter is helping to aide in her recovery, and finally, some of undersigned's office staff has been out all week, therefore, undersigned respectfully requests a (1) one-day extension, up to and including ***May 17, 2023***.

3.     In accordance with Local Rule, Plaintiff has reached out to Defense counsel, but had not heard back at the time of this filing.

4.     This Motion is not made for the purposes of harassment or delay.

5.     Therefore, Plaintiffs request the (1) one-day extension from this Court up to and including ***May 17, 2023*** within which to respond to ***ALL*** Defendants' Motions.

   **WHEREFORE,** Plaintiffs prays for an Order granting their Motion to Extend Time; and, for (1) one-day, up to and including ***May 17, 2023***, and for all other just and proper relief.

Respectfully submitted,

**SUTTER & GILLHAM, P.L.L.C.**
Attorneys at Law
1501 N. Pierce, Ste. 105
Little Rock, AR 72207
501-315-1910 Office
501-315-1916 Facsimile

By:     /s/ Luther Oneal Sutter
Luther Oneal Sutter, Ark. Bar No. 95031
Luther.sutterlaw@gmail.com

By:     */s/ Lucien R. Gillham*

2

Lucien R. Gillham, Esq. ARBN 99-199
lucien.gillham@gmail.com