IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SUTTER & GILLHAM, PLLC, et al.                                    PLAINTIFFS

v.                                Case No: 4:23CV-78-BSM

JUDY SIMMONS HENRY, et al.                                       DEFENDANTS

**PLAINTIFFS' CONSOLIDATED
<u>RESPONSE TO ALL MOTIONS TO DISMISS</u>**

Plaintiffs, pro se and the through counsel, state as follows:

1. For tthe reasons stated in the Brief in Support, all Motions to Dismiss should be denied.

WHEREFORE, PLAINTIFFS pray for an Order denying the Motion to Dismiss.


Respectfully submitted,

**SUTTER& GILLHAM, P.L.L.C**.
Attorneys at Law
Post Office Box 2012
Benton, Arkansas 72018
(501) 315-1910 -  Office
(501) 315-1916 – Facsimile
*Counsel for the Plaintiff(s)*

By:     */s/ Luther Oneal Sutter*
        Luther Oneal Sutter, Ark. Bar #95031

By:     */s/ Lucien Gillham*
        Lucien Gillham, Ark. Bar #99199

1

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been served on 1st day of November, 2022, via ECF, upon **_ALL_** counsel of record:

By:     _/s/ Luther Oneal Sutter_
          Luther Oneal Sutter, Ark. Bar #95031

By:     _/s/ Lucien Gillham_
          Lucien Gillham, Ark. Bar #99199

2