**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SUTTER & GILLHAM, P.L.L.C, ET AL.**                                    **PLAINTIFFS**

**v.**                                    **CASE NO. 4:23-CV-78-BSM**

**JUDY SIMMONS HENRY, ET AL.**                                    **DEFENDANTS**

**DEFENDANTS CHRIS BURKS, BRANDON HAUBERT, AND WH LAW, PLC'S**
**MOTION FOR LEAVE TO FILE REPLY IN SUPPORT**
**OF MOTION TO DISMISS**

Come now Defendants Chris Burks, Brandon Haubert, and wH Law, PLC ("WH Law Defendants"), by and through their attorneys, Barber Law Firm PLLC, and for their Motion for Leave to File Reply in Support of Motion to Dismiss, state:

1.      WH Law Defendants filed their Motion to Dismiss Plaintiff's Complaint on April 11, 2023.  (Doc. 16).

2.      Plaintiffs sought and obtained a three-week extension of time to file a response to the Motion.  (Docs. 28, 35).  At that time, Plaintiff's response was due by May 16, 2023.  (Doc. 35).

3.      Plaintiffs further sought and obtained a second extension of time to respond to motions to dismiss filed by other Defendants.  (Docs. 36, 37).

4.      Subsequently, Plaintiffs sought and obtained a third extension of time to file a response to WH Law Defendants' Motion.  (Docs. 40, 41).  Plaintiff's response to all motions was due by May 17, 2023.  (Doc. 41).

5.      Plaintiffs filed their Consolidated Response to All Motions to Dismiss on May 17, 2023.  (Doc. 43).  The Response is 44 pages long.  (*Id.*).

6.      WH Law Defendants request leave from the Court to file a Reply in Support of WH Law Defendants' Motion to Dismiss.  WH Law Defendants believe their Reply will address and clarify the arguments raised by Plaintiffs as well as address certain inaccuracies in the arguments made by Plaintiffs in their Consolidated Response.  WH Law Defendants respectfully submit the Reply will aid the Court in deciding WH Law Defendants' Motion to Dismiss.

7.      As the moving party, WH Law Defendants should be granted the last word on their motion.  *See Fuller v. Lion Oil Trading & Transp.* No. 1:19-CV-1020, 2020 U.S. Dist. LEXIS 100499, at *15 (W.D. Ark. June 9, 2020) (collecting cases).

8.      WH Law Defendants request up to and including **June 9, 2023**, to file their Reply. The press of other work, including depositions, dispositive motions in other cases, and work-related travel have prevented counsel for WH Law Defendants from preparing the Reply as of yet.

9.      Granting WH Law Defendants until June 9, 2023, to file their Reply will not unfairly prejudice Plaintiffs or otherwise unnecessarily delay resolution of this matter.  Plaintiffs received three extensions of time before responding to the various motions.  This motion is not made for any improper purpose, such as to harass or delay resolution of this matter.

WHEREFORE, Defendants Chris Burks, Brandon Haubert, and wH Law, PLC pray the Court enter an order granting them leave to file their Reply in Support of Motion to Dismiss Plaintiff's Complaint, and for all other just and proper relief to which they may be entitled.

Respectfully submitted,

BARBER LAW FIRM PLLC
3400 Simmons Tower
425 West Capitol Avenue
Little Rock, Arkansas 72201
Telephone: (501) 372-6175

By:    Mark Hodge, Ark. Bar No. 97205
mhodge@barberlawfirm.com
Jerry D. Garner, Ark. Bar No. 2014134
jgarner@barberlawfirm.com
Adam D. Franks, Ark. Bar No. 2016124
afranks@barberlawfirm.com

*Attorneys for Chris Burks, Brandon Haubert,
and wH Law, PLC*