**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**


**SUTTER & GILLHAM, P.L.L.C.;
LUTHER SUTTER; and LUCIEN GILLHAM**                    **PLAINTIFFS**


**VS.**                     **NO. 4:23-cv-78-BSM**

**JUDY SIMMONS HENRY; JACOB FAIR;
SCOTT IRBY; WRIGHT, LINDSEY & JENNINGS LLP;
TOMMY WILLIAMS; BRYAN ADAMS; ERIC BELL;
BRANDON ADAMS; SKYLAR ADAMS; EFREM NEELY;
CHRIS BURKS; BRANDON HAUBERT; WH LAW, PLC; and
JOHN DOES 1–100**                         **DEFENDANTS**


**JOINT MOTION FOR LEAVE TO FILE REPLIES
IN SUPPORT OF MOTIONS TO DISMISS**

Defendants Bryan Adams; Brandon Adams; Skylar Adams f/k/a Skylar

Wilson (collectively the "Adams defendants"); Eric Bell; and Judy Simmons Henry;

Scott A. Irby; Wright, Lindsey & Jennings LLP; and Jacob P. Fair (collectively the

"WLJ defendants"); move for leave to file replies to the consolidated response to

their motions to dismiss the complaint (Doc. 1) of plaintiffs Sutter & Gillham,

P.L.L.C; Luther Sutter; and Lucien Gillham and for grounds, state:

1.     These defendants have filed three separate motions to dismiss the

plaintiffs' complaint.  Doc. 31 (Adams defendants), Doc. 32 (Eric Bell), Doc. 38 (WLJ

Defendants).

2.     The bases for these motions to dismiss are that there are several

jurisdictional problems with the plaintiffs' complaint, plaintiffs' complaint is barred

2899428-v1

by res judicata and/or collateral estoppel, and on each of their seven claims, plaintiffs have failed to plead sufficient facts to plausibly state a claim for relief.

3.      On May 17, 2023, plaintiffs filed one consolidated response to all pending motions to dismiss, including the three motions filed by these defendants and the separate motions filed by each of the other defendants.  (Doc. 42).  Plaintiffs filed a 44-page brief in support of their response.

4.      These defendants jointly request leave to file a reply or replies in support of their motions to dismiss.  Given the large number of problems with the plaintiffs' complaint that are raised in these defendants' motions, allowing the defendants a chance to reply to the plaintiffs' counterarguments will aid the Court in deciding these motions.  In their replies, defendants will be able to identify the issues that are not in dispute among the parties and to address the plaintiffs' authorities and arguments that were not cited and could not have been anticipated in these defendants' opening briefs.

5.      In addition, because the plaintiffs filed one consolidated response to all of the pending motions to dismiss, their 44-page brief did not follow the organization of any particular defendant's motion to dismiss.  Allowing these defendants to file replies that broadly maintain the organization of their original supporting briefs will assist the Court in identifying the parties' respective positions on the key issues on these motions.

6.      Defendants specifically request that they be allowed to and including June 9, 2023, to file and serve a reply or replies in support of their separate motions to dismiss.

7.      Additionally, undersigned counsel has been authorized to represent for the same reasons as stated above, separate defendant Efrem Neely who filed a motion to dismiss on April 26, 2023 (Doc. 29) also seeks leave to file a reply up to and including June 9, 2023.

WHEREFORE, defendants represented by undersigned counsel, Bryan Adams, Brandon Adams, Skylar Adams f/k/a Skylar Wilson, Eric Bell, Judy Simmons Henry, Scott A. Irby, Wright, Lindsey & Jennings LLP, and Jacob P. Fair and defendant Efrem Neely, represented by separate counsel, pray that the Court grant this motion, enter an order allowing all of them to and including June 9, 2023, in which to file and serve replies in support of their motions to dismiss, and grant them all other relief to which they are entitled.

Respectfully submitted:

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
PHONE: (501) 371-0808
FAX: (501) 376-9442
E-MAIL:  jhenry@wlj.com;
        sirby@wlj.com


By: */s/ Judy S. Henry*_____
   Judy Simmons Henry (84069)
   Scott A. Irby (99192)

*Attorneys for defendants Bryan Adams,
Brandon Adams, Skylar Adams f/k/a
Skylar Wilson, Eric Bell, Judy S. Henry,
Scott A. Irby, Wright, Lindsey & Jennings
LLP and* Jacob P. Fair