**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SUTTER & GILLHAM, P.L.L.C.;
LUTHER SUTTER; and, LUCIEN GILLHAM**                          **PLAINTIFFS**

**VS.**                          **CASE NO: <u>4:23-cv-78-BSM</u>**

**JUDY SIMMONS HENRY; JACOB FAIR;
SCOTT IRBY; WRIGHT, LINDSEY, AND
JENNINGS, LLP; TOMMY WILLIAMS;
BRYAN ADAMS; ERIC BELL; BRANDON
ADAMS; SKYLAR ADAMS; EFREM
NEELY; CHRIS BURKS; BRANDON HAUBERT;
WH LAW, PLC; AND, JOHN DOES 1-100**                          **DEFENDANTS**

<u>**PLAINTIFFS' RESPONSE TO MOTION FOR LEAVE TO FILE REPLY IN SUPPORT
OF WH LAW DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT BY
CHRIS BURKS, BRANDON HAUBERT, WH LAW PLC**</u>

COME THE PLAINTIFFS, by and through Counsel, **SUTTER & GILLHAM, P.L.L.C.;** and, for this Motion, they state:

1.      The Burks Defendants have sought permission to file a Reply.   They argue that: "As the moving party, WH Law Defendants should be granted the last word on their motion. See *Fuller v. Lion Oil Trading & Transp. No.* 1:19-CV-1020, 2020 U.S. Dist. LEXIS 100499, at *15 (W.D. Ark. June 9, 2020) (collecting cases)." D.E. 44, p. 2.  They want the Reply to be due June 9.

2.      In Fuller, the right to file a Sur-Reply was denied for numerous reasons.  But that was on a motion for summary judgment.  FRCP 56 and LR 7.2(b) and 56.1(d) both expressly permit Replies in a summary judgment proceeding.  The Court noted that:

1

That aside, all three motions should be denied for failure to establish the need for a sur-reply. Neither the Federal Rules of Civil Procedure nor the Local Rules contemplate sur-replies to motions. *See* Local Rule 7.2(b) (contemplating only a fourteen-day response deadline and, for summary judgment motions, an additional seven-day reply deadline)

*Fuller v. Lion Oil Trading & Transp.* No. 1:19-CV-1020, 2020 U.S. Dist. LEXIS 100499, at *15-16.

3.    On Motions to Dismiss, neither the federal rules or local rules permit replies.  See FRCP 7, 12, and LR 7.2(b). Accordingly, by the logic of the case cited by the WH Defendants, there is no right to file a Reply in support a non-summary judgment motion.

4.    However, if Defendants will agree that Plaintiffs may file a Sur-Reply, there is no objection to a Reply being filed.  There is no objection to the proposed date at all.

WHEREFORE, Plaintiffs pray for an Order granting the right to a Sur-Reply, if a Reply is permitted.

Respectfully submitted,

**SUTTER & GILLHAM, P.L.L.C.**
Attorneys at Law
1501 N. Pierce, Ste. 105
Little Rock, AR 72207
501-315-1910 Office
501-315-1916 Facsimile

By:    /s/ Luther Oneal Sutter
          Luther Oneal Sutter, Ark. Bar No. 95031
          Luther.sutterlaw@gmail.com

By:    */s/ Lucien R. Gillham*
          Lucien R. Gillham, Esq. ARBN 99-199
          lucien.gillham@gmail.com

2