# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**SUTTER & GILLHAM PLLC,** *et al.*                                      **PLAINTIFFS**

**v.**                          **CASE NO. 4:23-CV-00078-BSM**

**JUDY SIMMONS HENRY,** *et al.*                                      **DEFENDANTS**

## ORDER

Defendants' motions for leave to file replies in support of their motions to dismiss [Doc. Nos. 44, 45] are granted. Defendants' replies are due by June 9, 2023. Plaintiffs' request for leave to file a sur-reply [Doc. No. 46] is granted. Plaintiffs' sur-reply is due by June 16, 2023.

IT IS SO ORDERED this 30th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE