**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SUTTER & GILLHAM, P.L.L.C.;**                                             **PLAINTIFFS**
**LUTHER SUTTER; and LUCIEN GILLHAM**

       **v.**                              **No. 4:23-CV-78 BSM**

**JUDY SIMMONS HENRY; JACOB FAIR;**                              **DEFENDANTS**
**SCOTT IRBY; WRIGHT, LINDSEY & JENNINGS LLP;**
**TOMMY WILLIAMS; BRYAN ADAMS; ERIC BELL;**
**BRANDON ADAMS; EFREM NEELY; CHRIS BURKS;**
**BRANDON HAUBERT; WH LAW, PLC; and**
**JOHN DOES 1–100**

**REPLY BRIEF IN SUPPORT OF**
**DEFENDANT EFREM NEELY, SR.'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 10(c), defendant Efrem Neely, Sr. ("Neely"), for his reply brief in support of his motion to dismiss [Doc. 29], adopts by reference the Joint Reply to Plaintiffs' Consolidated Response to Motions to Dismiss of Bryan Adams; Brandon Adams; Skylar Adams; Eric Bell; Wright, Lindsey & Jennings LLP; Judy Simmons Henry; Scott Irby; and Jacob Fair filed on June 9, 2023, with Exhibits A, B, and C [Docs. 49, 49-1, 49-2, and 49-3] and all applicable arguments made in that joint reply.

Neely also adopts by reference all applicable arguments made by other defendants in support of their motions to dismiss.

For the reasons stated in the incorporated briefs, as well as in Neely's initial brief in support of his motion to dismiss [Doc. 30], the Court should reject the arguments made by plaintiffs in their brief in support of their consolidated response to all motions to dismiss [Doc. 43] and should grant Neely's motion to dismiss [Doc. 29].

DATED:  June 9, 2023.

SHULTS LAW FIRM LLP
200 West Capitol Avenue, Suite 1600
Little Rock, AR 72201-3621
(501) 375-2301

By:    Steven Shults
       Ark. Bar No. 78139
       sshults@shultslaw.com

       Peter Shults
       Ark. Bar No. 2019021
       pshults@shultslaw.com

*Attorneys for Defendant Efrem Neely, Sr.*

2