IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SUTTER & GILLHAM, PLLC;
LUTHER SUTTER AND LUCIEN GILLHAM                    PLAINTIFFS

V.                    CASE NO. 4:23-CV-0078-BSM

JUDY SIMMONS HENRY; JACOB FAIR;
SCOTT IRBY; WRIGHT, LINDSEY AND
JENNINGS LLP; TOMMY WILLIAMS;
BRYAN ADAMS; ERIC BELL;
BRANDON ADAMS; SKYLAR ADAMS;
EFREM NEELY; CHRIS BURKS;
BRANDON HAUBERT; WH LAW, PLC;
AND JOHN DOES 1-100 DEFENDANTS

## REPLY BRIEF IN SUPPORT OF
## DEFENDANT TOMMY WILLIAMS'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 10(c), Defendant Tommy Williams (Williams), for his Reply Brief in Support of his Motion to Dismiss (Doc. 26), adopts by reference the Joint Reply to Plaintiffs' Consolidated Response to Motions to Dismiss of Bryan Adams; Brandon Adams; Skylar Adams; Eric Bell; Wright, Lindsey & Jennings LLP; Judy Simmons Henry; Scott Irby; and Jacob Fair filed on June 9, 2023, with Exhibits A, B, and C (Docs. 49, 49-1, 49-2, and 49-3) and all applicable arguments made in that joint reply.

Williams also adopts by reference all applicable arguments made by other defendants in support of their motions to dismiss.

For the reasons stated in the incorporated briefs, as well as in Williams's initial

1 of 2

brief in support of his motion to dismiss (Doc. 27), the Court should reject the

arguments made by Plaintiffs in their brief in support of their consolidated response

to all motions to dismiss (Doc. 43) and should grant Williams's Motion to Dismiss

(Doc. 26).

> DAVID M. DONOVAN
> BAR NO. 81184
> ATTORNEY FOR DEFENDANT
> TOMMY WILLIAMS
> WATTS, DONOVAN, TILLEY & CARSON, P.A.
> 2120 RIVERFRONT DR., STE. 275
> LITTLE ROCK, AR  72202
> TELEPHONE:  (501) 372-1406
> EMAIL:  david.donovan@wdtc.law