IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SUTTER & GILLHAM PLLC, *et al.*                                      PLAINTIFFS

v.                              CASE NO: 4:23-CV-00078-BSM

JUDY SIMMONS HENRY, *et al.*                                         DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE