IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SUTTER & GILLHAM, P.L.L.C.;
LUTHER SUTTER; and, LUCIEN GILLHAM            PLAINTIFFS

VS.          CASE NO: **4:23-cv-78-BSM**

JUDY SIMMONS HENRY; JACOB FAIR; SCOTT IRBY; WRIGHT, LINDSEY;
AND JENNINGS, LLP; TOMMY WILLIAMS; BRYAN ADAMS;
ERIC BELL; BRANDON; ADAMS; SKYLAR ADAMS; EFREM NEELY;
CHRIS BURKS; BRANDON HAUBERT; WH LAW, PLC;
AND, JOHN DOES 1-100            DEFENDANTS

## NOTICE OF APPEAL

Come the Plaintiffs, **SUTTER & GILLHAM, P.L.L.C., LUTHER SUTTER; and, LUCIEN GILLHAM**, by and through counsel and for this Notice of Appeal, they state:

1. Plaintiffs appeal the Order granting the Defendants' Motion to Dismiss.

2. The method of appendix preparation will be separate.

3. There is no transcript.

Respectfully submitted,

**SUTTER & GILLHAM, P.L.L.C.**
Attorneys at Law
1501 N. Pierce, Ste. 105
Little Rock, AR 72207
501-315-1910 Office
501-315-1916 Facsimile

By:    /s/ Luther Oneal Sutter
        Luther Oneal Sutter, Ark. Bar No. 95031
        Luther.sutterlaw@gmail.com

By:    /s/ Lucien R. Gillham
        Lucien R. Gillham, Esq. ARBN 99-199
        lucien.gillham@gmail.com