# U.S. District Court

## Arkansas Eastern - Little Rock

Receipt Date: Jan 19, 2024 4:47PM

LUTHER ONEAL SUTTER

| Rcpt. No: 5005 | | Trans. Date: Jan 19, 2024 4:47PM | | | Cashier ID: #AJ |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203 | Notice of Appeal/Docketing Fee | DARE423CV000078 /001 | 1 | 605.00 | 605.00 |

| **CD** | **Tender** | **Amt** |
|---|---|---|
| CC | Credit Card | $605.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $605.00 |
| Total Tendered: | $605.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: APPROVAL CODE 202410

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 1 9 2024

TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK