FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jul 31, 2025
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
DEP CLERK

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 24-1071

_____

Sutter & Gillham PLLC; Luther Oneal Sutter; Lucien R. Gillham

Plaintiffs - Appellants

v.

Judy Simmons Henry; Jacob Post Fair; Scott A. Irby; Wright Lindsey Jennings LLP; Tommy Williams; Bryan Adams; Eric Bell; Brandon Adams; Skylar Adams; Efrem Neely

Defendants - Appellees

Christopher Wesley Burks; Brandon M. Haubert; WH Law PLC

Defendants

John Does 1-100

Defendant - Appellee

------

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:23-cv-00078-BSM)

------

**JUDGMENT**

Before GRASZ, STRAS, and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is vacated and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

July 31, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
       /s/ Susan E. Bindler