# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 24-1071

Sutter & Gillham PLLC, et al.

Appellants

v.

Judy Simmons Henry, et al.

Appellees

Christopher Wesley Burks, et al.

John Does 1-100

Appellee

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Aug 25, 2025
Tammy H. Downs, Clerk
By: LauraBeatty D.C.
DEP CLERK

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:23-cv-00078-BSM)

---

## MANDATE

In accordance with the opinion and judgment of July 31, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 25, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit