**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SUTTER & GILLHAM, P.L.L.C.;**
**LUTHER SUTTER; and, LUCIEN GILLHAM**                              **PLAINTIFFS**

VS.                              **CASE NO: <u>4:23-cv-78-BSM</u>**

**JUDY SIMMONS HENRY; JACOB FAIR;**
**SCOTT IRBY; WRIGHT, LINDSEY, AND**
**JENNINGS, LLP; TOMMY WILLIAMS;**
**BRYAN ADAMS; ERIC BELL; BRANDON**
**ADAMS; SKYLAR ADAMS; EFREM**
**NEELY; CHRIS BURKS; BRANDON HAUBERT;**
**WH LAW, PLC; AND, JOHN DOES 1-100**                              **DEFENDANTS**

<u>**MOTION TO EXTEND TIME**</u>

**COME NOW,** the Plaintiffs, **SUTTER & GILLHAM, P.L.L.C., LUTHER SUTTER**

**and LUCIEN GILLHAM**, who for their Motion to Extend Time, they state:

1. Supplemental briefs were filed on 10/1/25, so a response would be due on 10/15/25.

2. One of the Plaintiffs is out of the country at the moment and counsel has a heavy briefing, discovery, and deposition schedule.   Accordingly, Plaintiffs request an extension of time to respond of 14 days, up to and including 10/29/25.

3. This motion is not filed for purposes of harassment or delay.   Counsel has consulted with opposing counsel to see if there is an objection pursuant to Local Rules.

4. At least one of the Defendants appears to object, taking the position that the Court's Text Order only calls for a Supplemental Brief, and does not permit a Response at all.   Upon review of the Order it does not appear to indicate that no response can be filed.   Typically, one has a due process right to respond to an opponent's legal position.   So Plaintiff's position is that absent an Order saying no Response, there is a right to file a Response.

1

5. So, Plaintiffs request an extension of time to respond up to 10/29/25, and if need be, leave to file such a response.   Obviously, any such extension or leave granted should extend to all parties, not just the Plaintiff.

**WHEREFORE**, PLAINTIFFS pray for an Order granting the Motion to Extend Time, and if necessary, granting leave to file a response.

Respectfully submitted,

**SUTTER & GILLHAM, P.L.L.C.**
Attorneys at Law
1501 N. Pierce, Ste. 105
Little Rock, AR 72207
501-315-1910 Office
501-315-1916 Facsimile

By:    */s/ Lucien R. Gillham*
Lucien R. Gillham, Esq. ARBN 99-199
lucien.gillham@gmail.com