THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SUTTER & GILLHAM, P.L.L.C.;
LUTHER SUTTER; and LUCIEN GILLHAM                    PLAINTIFFS

VS.                         NO. 4:23-cv-78-BSM

JUDY SIMMONS HENRY; JACOB FAIR;
SCOTT IRBY; WRIGHT, LINDSEY & JENNINGS LLP;
TOMMY WILLIAMS; BRYAN ADAMS; ERIC BELL;
BRANDON ADAMS; SKYLAR ADAMS; EFREM NEELY;
CHRIS BURKS; BRANDON HAUBERT; WH LAW, PLC; and
JOHN DOES 1–100                                     DEFENDANTS

### SEPARATE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO EXTEND TIME

Defendants Judy Simmons Henry; Jacob P. Fair; Scott A. Irby; Wright, Lindsey & Jennings LLP; Tommy Williams; Bryan Adams; Eric Bell; Brandon Adams; Skylar Adams; and Efrem Neely, Sr. (collectively "Defendants") oppose plaintiffs Motion to Extend Time ("Motion") (Doc. 68) for the following reasons:

1.      There is no time deadline to extend.  On September 16, 2025, Defendants filed a motion to stay deadlines in the Court's amended initial scheduling order and requested an opportunity for the parties to file supplemental briefs after remand from appeal.  (Doc. 64).  For supplemental briefing, Defendants requested that both sides be given 14 days to file simultaneous briefs, not to exceed five pages, solely on one issue: the effect (or lack thereof) of the *Baker v. Adams* decision on Defendants' preclusion defenses.  (Doc. 64, ¶ 14).  On September 17, 2025, the Court entered a text entry only order granting Defendants' motion to stay

3488700-v1

deadlines. (Order at 65). In its Order, the Court also granted the briefing request, stating, "The parties have fourteen days to submit supplemental briefing."

2.    On October 1, 2025, Defendants timely filed their supplemental brief in support of their motion to dismiss. (Doc. 67).

3.    Plaintiffs did not file a supplemental brief.

4.    The time has long since passed for plaintiffs to file a supplemental brief.

5.    On October 15, 2025, plaintiffs emailed counsel for Defendants and inquired "Is there an objection to a 14 day extension of time to respond to the Supplemental Brief in support (sic) of the Motion to Dismiss. (sic)" In response, Defendants advised that the Court granted the parties fourteen days to submit supplemental briefing, the time had passed, and there is no right to file any response.

6.     In their Motion, plaintiffs inaccurately state that "[s]upplemental briefs were filed on 10/1/25, so a response would be due on 10/15/25." (Doc. 68, ¶1). Plaintiffs did not file a supplemental brief.

7.    Plaintiffs also inaccurately state that "a response would be due on 10/15/25. *Id.* The Court's Order provided only for simultaneous supplemental briefing and not for responses or replies. (Order at 65).

8.    Plaintiffs also state that their Motion is not for delay. (Doc. 68, ¶3). The Motion is baseless and will delay the Court's ruling on Defendants' motion to dismiss this case.

9. Plaintiffs disingenuously offer that "any such extension or leave granted should extend to all parties, not just the Plaintiff (sic)." Since Plaintiffs failed to file a supplemental brief, there is nothing to which Defendants can or need to respond.

10. The Motion is simply plaintiffs' attempt to make up for their failure to file a supplemental brief and further delay the dismissal of their case.

11. Defendants request the Motion be denied.

WHEREFORE, Defendants pray that the Court deny plaintiffs' Motion, and grant Defendants all other proper relief to which they are entitled.

Respectfully submitted:

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
jhenry@wlj.com; sirby@wlj.com

By: */s/ Judy S. Henry*
    Judy Simmons Henry (84069)
    Scott A. Irby (99192)

    *Attorneys for Judy Simmons Henry,*
    *Jacob P. Fair, Scott A. Irby,*
    *Wright, Lindsey & Jennings LLP,*
    *Bryan Adams, Eric Bell, Brandon Adams,*
    *and Skylar Adams*

WDTC LAW, P.A.
2120 Riverfront Drive, Suite 275
Little Rock, Arkansas 72202
(501) 372-1406
david.donovan@wdtc.law

By: */s/ David M. Donovan_____*
    David M. Donovan (Bar No. 81184)

    *Attorneys for Defendant*
    *Tommy Williams*


SHULTS LAW FIRM LLP
200 West Capitol Avenue, Suite 1600
Little Rock, Arkansas 72201
(501) 375-2301
pshults@shultslaw.com
sshults@shultslaw.com

By: */s/ Peter Shults_____*
    Peter Shults (Ark. Bar No. 2019021)
    Steven Shults (Ark. Bar. No. 78139)

    *Attorneys for Defendant*
    *Efrem Neely*