IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SUTTER & GILLHAM, P.L.L.C.;
LUTHER SUTTER; and LUCIEN GILLHAM                      PLAINTIFFS

VS.                        CASE  NO. 04:23-cv-0078-BSM

JUDY SIMMONS HENRY; JACOB FAIR;
SCOTT IRBY; WRIGHT, LINDSEY & JENNINGS LLP;
TOMMY WILLIAMS; BRYAN ADAMS; ERIC BELL;
BRANDON ADAMS; SKYLAR ADAMS; EFREM NEELY;
CHRIS BURKS; BRANDON HAUBERT; WH LAW, PLC; and
JOHN DOES 1–100                                        DEFENDANTS

**UNOPPOSED MOTION OF SEPARATE DEFENDANTS
JUDY SIMMONS HENRY; JACOB FAIR; SCOTT IRBY;
WRIGHT, LINDSEY & JENNINGS LLP; TOMMY WILLIAMS;
BRYAN ADAMS; ERIC BELL; BRANDON ADAMS;
SKYLAR ADAMS; AND EFREM NEELY TO EXTEND THE TIME TO
ANSWER THE REMAINING CLAIMS IN THE COMPLAINT**

Separate Defendants Judy S. Henry, Jacob P. Fair, Scott A. Irby, Wright,

Lindsey & Jennings LLP, Tommy Williams, Bryan Adams, Eric Bell, Brandon

Adams, Skylar Adams and Efrem Neely (collectively, "Adams Defendants") appear

by their attorneys and for their unopposed motion to extend the time to answer the

remaining claims in the complaint [Doc. No. 1] ("Complaint"), state:

1.      Adams Defendants moved to dismiss ("Motions") all claims in the

Complaint. [Doc. Nos. 26, 29, 31; 32, 38]

2.      On January 7, 2026, the Court issued an Order granting in part and

denying in part the Motions.  [Doc. No. 72]  Some of the claims in the Complaint

remain as to all Adams Defendants, and some of the claims in the Complaint

remain as to only some Adams Defendants.

3546553-v1

3.      The Adams Defendants are now required to each answer the remaining claims if applicable to the separate individual/entity.

4.      The time to answer the Complaint is January 21, 2026, and has not expired.

5.      Adams Defendants seek an additional thirty (30) days, to and including Friday, February 20, 2026, to answer the portions of the Complaint applicable to each of them.

6.      This motion is made in good faith and not for an improper purpose.

7.      Plaintiffs do not oppose the motion.

8.      No brief is required per Local Rule 7.2 (d)(1).  Local Rules U.S.D.C. E.D. Ark. 7.2.

WHEREFORE, the Adams Defendants pray for the entry of an order extending the time for each of them to answer the remaining claims in the Complaint until and including Friday, February 20, 2026, and granting them all other relief to which they are entitled.

2

3546553-v1

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
jhenry@Adams.com; sirby@Adams.com


By: /s/ Judy S. Henry
    Judy Simmons Henry (84069)
    Scott A. Irby (99192)

*Attorneys for Defendants*
*Judy S. Henry, Jacob P. Fair, Scott A. Irby,*
*Wright, Lindsey & Jennings LLP,*
*Bryan Adams, Eric Bell, Brandon Adams*
*and Skylar Adams*


WDTC LAW, P.A.
2120 Riverfront Drive, Suite 275
Little Rock, Arkansas 72202
(501) 372-1406
david.donovan@wdtc.law

By: /s/ David M. Donovan
    David M. Donovan (Bar No. 81184)

*Attorneys for Defendant Tommy Williams*


SHULTS LAW FIRM LLP
200 West Capitol Avenue, Suite 1600
Little Rock, Arkansas 72201
(501) 375-2301
pshults@shultslaw.com
sshults@shultslaw.com

*By:* /s/ Peter Shults
    Peter Shults (Ark. Bar No. 2019021)
    Steven Shults (Ark. Bar. No. 78139)

*Attorneys for Defendant Efrem Neely*

3

3546553-v1