## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**SUTTER & GILLHAM, P.L.L.C.;**
**LUTHER SUTTER; and LUCIEN GILLHAM**                              **PLAINTIFFS**

**VS.**                           **CASE  NO. 04:23-cv-0078-BSM**

**JUDY SIMMONS HENRY; JACOB FAIR;**
**SCOTT IRBY; WRIGHT, LINDSEY & JENNINGS LLP;**
**TOMMY WILLIAMS; BRYAN ADAMS; ERIC BELL;**
**BRANDON ADAMS; SKYLAR ADAMS; EFREM NEELY;**
**CHRIS BURKS; BRANDON HAUBERT; WH LAW, PLC; and**
**JOHN DOES 1–100**                                      **DEFENDANTS**

### UNOPPOSED MOTION OF SEPARATE DEFENDANTS JUDY SIMMONS HENRY; JACOB FAIR; SCOTT IRBY; WRIGHT, LINDSEY & JENNINGS LLP; TOMMY WILLIAMS; BRYAN ADAMS; ERIC BELL; BRANDON ADAMS; SKYLAR ADAMS; AND EFREM NEELY TO EXTEND THE TIME TO <u>ANSWER THE REMAINING CLAIMS IN THE COMPLAINT</u>

Separate Defendants Judy S. Henry, Jacob P. Fair, Scott A. Irby, Wright, Lindsey & Jennings LLP, Tommy Williams, Bryan Adams, Eric Bell, Brandon Adams, Skylar Adams and Efrem Neely (collectively, "Adams Defendants") appear by their attorneys and for their unopposed motion to extend the time to answer the remaining claims in the complaint [Doc. No. 1] ("Complaint"), state:

1.      Adams Defendants moved to dismiss ("Motions") all claims in the Complaint. [Doc. Nos. 26, 29, 31, 32, 38]

2.      On January 7, 2026, the Court issued an Order granting in part and denying in part the Motions.  [Doc. No. 72]  Some of the claims in the Complaint

remain as to all Adams Defendants, and some of the claims in the Complaint remain as to only some Adams Defendants.

3.      The Adams Defendants are now required to each answer the remaining claims if applicable to the separate individual/entity.

4.      The Adams Defendants sought and received previous unopposed extensions to answer the portions of the Complaint applicable to each of them.  The deadline to file answers is May 22, 2026, and the time has not expired.  The Adams Defendants seek an additional sixty (60) days to answer the Complaint including and until Tuesday, July 21, 2026.

5.      The Adams Defendants have discussed the case with Plaintiff and requested an extension of time to prepare and file answers to the remaining claims in the complaint.

6.      Plaintiffs do not oppose this motion.

7.      This motion is made in good faith and not for an improper purpose.

8.      No brief is required per Local Rule 7.2 (d)(1).  Local Rules U.S.D.C. E.D. Ark. 7.2.

WHEREFORE, the Adams Defendants pray for the entry of an order extending the time for each of them to answer the remaining claims in the Complaint until and including Tuesday, July 21, 2026, and granting them all other relief to which they are entitled.

2

3634956-v1

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
jhenry@wlj.com; sirby@wlj.com


By: /s/ Judy S. Henry_____
     Judy Simmons Henry (84069)
     Scott A. Irby (99192)

*Attorneys for Defendants*
*Judy S. Henry, Jacob P. Fair, Scott A. Irby,*
*Wright, Lindsey & Jennings LLP,*
*Bryan Adams, Eric Bell, Brandon Adams*
*and Skylar Adams*


WDTC LAW, P.A.
2120 Riverfront Drive, Suite 275
Little Rock, Arkansas 72202
(501) 372-1406
david.donovan@wdtc.law

By: /s/ David M. Donovan_____
     David M. Donovan (Bar No. 81184)

*Attorneys for Defendant Tommy Williams*


SHULTS LAW FIRM LLP
200 West Capitol Avenue, Suite 1600
Little Rock, Arkansas 72201
(501) 375-2301
pshults@shultslaw.com
sshults@shultslaw.com

By: /s/ Peter Shults_____
     Peter Shults (Ark. Bar No. 2019021)
     Steven Shults (Ark. Bar. No. 78139)

*Attorneys for Defendant Efrem Neely*

3

3634956-v1