**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

SUTTER & GILLHAM, P.L.L.C.;
LUTHER SUTTER; and LUCIEN GILLHAM                                      PLAINTIFFS

VS.                                     NO. 04:23-cv-0078-BSM

JUDY SIMMONS HENRY; JACOB FAIR;
SCOTT IRBY; WRIGHT, LINDSEY & JENNINGS LLP;
TOMMY WILLIAMS; BRYAN ADAMS; ERIC BELL;
BRANDON ADAMS; SKYLAR ADAMS; EFREM NEELY;
CHRIS BURKS; BRANDON HAUBERT; WH LAW, PLC; and
JOHN DOES 1–100                                                       DEFENDANTS

---

### NOTICE OF ENTRY OF APPEARANCE

---

**PLEASE TAKE NOTICE** that Zachary B. Busey of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, enters an appearance as counsel for Separate Defendants Judy Simmons Henry, Jacob P. Fair, Scott A. Irby and Wright, Lindsey & Jennings LLP (Collectively, "WLJ Defendants")

Respectfully submitted, this 1st day of June 2026.

*s/ Zachary B. Busey*
**ZACHARY B. BUSEY**
Arkansas Bar No. 2016223
zbusey@bakerdonelson.com

**SAM BERRY BLAIR**
Tennessee Bar No. 10375
*Admitted E.D.A.R.*
sblair@bakerdonelson.com'

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(901) 526-2000 – telephone

4938-0555-2305

*ATTORNEYS FOR WLJ DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

So certified, this 1st day of June 2026.

*s/ Zachary B. Busey*
**ZACHARY B. BUSEY**

4938-0555-2305